```
             IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                       WESTERN DIVISION
```

ALBERT LEON SMITH, #19642-076                           PETITIONER

VS.                            CIVIL ACTION NO. 5:10-cv-66-DCB-JMR

BRUCE PEARSON                                           RESPONDENT

## ORDER

This cause came on this date to be heard upon the Report and Recommendation of the Chief United States Magistrate Judge, after referral of hearing by this Court, and the Court, having fully reviewed the Report and Recommendation of the Chief United States Magistrate Judge entered in this cause, and being duly advised in the premises, finds that said Report and Recommendation should be adopted as the opinion of this Court.

IT IS, THEREFORE, ORDERED that the Report and Recommendation of Chief United States Magistrate Judge John M. Roper be, and the same is hereby, adopted as the finding of this Court. Accordingly, the Petitioner's Petition for Writ of Habeas Corpus should be transferred to the United States District Court for the Western District of Tennessee.

SO ORDERED, this the __13th__ day of March, 2012.

```
                         s/ David Bramlette
                       UNITED STATES DISTRICT JUDGE
```